```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
VENCELL CORP.,                      :

                Plaintiff,          :
                                              ORDER
        -against-                   :
                                              08 Civ. 8832 (LTS)(MHD)
ERES, N.V.                          :

                Defendant.          :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

In view of the restoration of the above-captioned case to the calendar, any remaining depositions or other fact discovery is to be completed by no later than DECEMBER 31, 2009.

**Dated: New York, New York
       November 4, 2009**

SO ORDERED.

_____
**MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today by facsimile to:

Thomas Amon, Esq.
Harry Wise, Esq.
Law Office of Thomas G. Amon
Fax: (212) 810-2427

Peter Judge Gutowski, Esq.
Gina Maria Venezia, Esq.
Freehill, Hogan & Mahar, LLP
Fax: (212) 425-1901